UNITED STATES of America,
Plaintiff–Appellee

v.

Tommie L. THOMAS, Jr.,
Defendant–Appellant.

No. 11–30545
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 19, 2012.

Josette Louise Cassiere, Assistant U.S. Attorney, Allison Duncan Bushnell, U.S. Attorney's Office, Shreveport, LA, for Plaintiff–Appellee.

Stephen Adger Glassell, Esq., Attorney, Shreveport, LA, for Defendant–Appellant.

Before JOLLY, JONES and SMITH, Circuit Judges.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM: *

After our opinion was issued in this case, the Supreme Court decided *Dorsey v. United States*, — U.S. —, 132 S.Ct. 2321, 183 L.Ed.2d 250 (2012). *Dorsey* held, contrary to our opinion, that the more lenient penalties of the Fair Sentencing Act ("Act") apply to offenders who committed an offense before the Act was passed, but were sentenced after the Act

was enacted. We VACATE and REMAND this case for resentencing consistent with the Court's holding in *Dorsey*.

**Conviction AFFIRMED; VACATED and REMANDED for Resentencing.**

UNITED STATES of America,
Plaintiff–Appellee,

v.

Francisco Javier Ruiz LOPEZ,
Defendant–Appellant.

No. 11–20713
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 21, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Francisco Javier Ruiz Lopez, FCI McDowell, Welch, WV, pro se.

Before HIGGINBOTHAM, OWEN, and SOUTHWICK, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under

PER CURIAM: *

The attorney appointed to represent Francisco Javier Ruiz Lopez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Ruiz Lopez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

Todd Slobin, Principal Litigation Counsel, Shellist Lazarz Slobin, L.L.P., Houston, TX, for Plaintiffs–Appellees/Cross–Appellants.

Anthony Paul Griffin, Esq., A. Griffin Lawyers, Galveston, TX, for Defendant–Appellant/Cross–Appellee.

Before KING, SOUTHWICK, and GRAVES, Circuit Judges.

v.

**James A. BLACKSTOCK, Being Sued Individually and in His Official Capacity, Defendant–Appellant/Cross–Appellee.**

No. 11–41240.

United States Court of Appeals, Fifth Circuit.

Feb. 27, 2013.

v.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.